FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

2016 JUL 11 PM 3: 27

RICHARD ALEXANDER, CLERK

ANGELA MCADAMS,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP
(DELAWARE) and JOHN DOE

    Defendants.

Civil File No.

**16 C 04040-3**

## COMPLAINT FOR PERSONAL INJURIES

NOW COMES, the above styled Plaintiff and shows this Court the following facts and circumstances in support of this Complaint.

1.

Defendant WAL-MART STORES EAST, LP (DELAWARE) is a Domestic Corporation that is subject to the jurisdiction of this honorable Court and, pursuant to O.C.G.A. § 9-11-4(e)(1), can be served with a Summons and Complaint For Personal Injuries through its registered agent Corporation Process Company at 2180 Satellite Boulevard, Suite 400, Duluth, Georgia 30097.

2.

JOHN DOE, is a resident of the state of Georgia and is the manager of the defendant WAL-MART STORES EAST, LP (DELAWARE) store located at 1801 Nathan Dean Bypass, Rockmart, Polk County, Georgia 30153 whose identity is currently unknown to Plaintiff but will be supplemented through discovery.

EXHIBIT "B"

3.

This is an action sounding in tort and is within the subject matter jurisdiction of the honorable court.

4.

On or about July 21, 2014, Plaintiff ANGELA MCADAMS was a business invitee at the Wal-Mart Store located at 1801 Nathan Dean Bypass, Rockmart, Polk County, Georgia 30153.

5.

Plaintiff ANGELA MCADAMS was shopping in Defendant's store when she slipped and fell in some water that was on the floor. There were no wet floor signs or other warnings to alert Plaintiff of the hazardous condition.

6.

Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1

7.

Defendants WAL-MART STORES EAST, LP (DELAWARE) and JOHN DOE had a non-delegable duty to maintain safe premises to the Plaintiff and breached this duty.

8.

Defendants WAL-MART STORES EAST, LP (DELAWARE) and JOHN DOE had actual and/or constructive knowledge of the hazardous condition of the water on the floor.

9.

Defendant WAL-MART STORES EAST, LP (DELAWARE) is vicariously liable for the negligence of their employee, Defendant JOHN DOE and as such his negligence is directly attributable to them.

10.

Plaintiff ANGELA MCADAMS lacked knowledge of the hazard despite her exercise of ordinary care.

11.

As a direct result of Defendant's negligent conduct, Plaintiff ANGELA MCADAMS incurred objective injuries requiring medical care.

12.

Plaintiff has incurred treatment expenses and lost wages as a result of this incident.

13.

This is a clear liability case caused by Defendants' negligent conduct.

WHEREFORE, Plaintiff having set forth the facts and circumstances in support of her cause of action, respectfully requests to be GRANTED:

(a)  A trial by jury;

(b)  Compensatory damages in an amount to be determined at trial;

(e)  Such other relief as this Court may deem fair and reasonable.

This 11th day of July, 2016.

Respectfully submitted,
MONGE & ASSOCIATES,

Scott Monge
Georgia State Bar No. 515740
C. Shaun Warren
Georgia State Bar No. 738025
Attorneys for Plaintiff

Monge & Associates
8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
(678) 579-0203